ISRAEL MEYEROWITZ, Appellant, *v.* JOSHUA HOROWITZ and Another,
Copartners, Doing Business under the Name of "PASSAIC
TRIMMING COMPANY," Respondents.

Supreme Court, Appellate Term, First Department, March 23, 1927.

**Landlord and tenant — hold-over tenant — refusal of court to charge
that tenants were liable as "holdovers" in event subtenant remained
in building without permission of landlord erroneous.**

It was error for the court to refuse to charge in this action by plaintiff landlord,
that if the subtenant remained in the premises after expiration of the term and
without the permission of the landlord, then the tenants would be liable as
"holdovers," and consequently a judgment in favor of the defendants must
be reversed.

APPEAL by plaintiff from a judgment of the Municipal Court of
the City of New York, Borough of The Bronx, First District, in
favor of the defendants.

*Manheim & Wachtell* [*Meyer Grouf* of counsel], for the appellant.

*Irwin Isaacs*, for the respondents.

Per Curiam. The trial court erred in refusing to charge, at plaintiff's request, " that if the subtenant Brown remained in the premises after the lease had expired, without the permission of the landlord Meyerowitz, then the tenants Horowitz and Joseph, may be held by the landlord as holdovers."

Judgment reversed and a new trial ordered, with thirty dollars costs to the appellant to abide the event.

All concur; present, Lydon, Levy and Crain, JJ.